AUGUST 16, 1974

No. 74–30  *The United States* v. *General Instrument Corporation*—American Goods Returned.

MARCH 24, 1975

No. 75–19  *University of Southern California* v. *U.S.; U.S. Dept. of Commerce; Deputy Assistant Secretary, Dept. of Commerce.*

APRIL 15, 1975

No. 75–22  *Northwestern University* v. *Department of Commerce*—Scanning Electron Microscope.

APRIL 23, 1975

No. 75–17  *Bendix Mouldings, Inc.* v. *United States*—Moldings—Wood Moldings, other—Picture and Mirror Frames—TSUS

JUNE 9, 1975

No. 75–18  *Mego Corp.* v. *The United States*—Baseball Pitching Game.

JULY 9, 1975

No. 75–24  *The United States* v. *National Silver Company*—Stainless Steel Knives and Forks—Import Quotas—Validity of Presidential Proclamation—TSUS

AUGUST 21, 1975

No. 75–20  *Armac Enterprises, Inc.* v. *Ebonite Corporation*—Convertible Game Tables and Components Thereof